# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EDDIE A. SWEET, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV398 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JAIN ENTERPRISES, INC., | ) | |
| MICHAEL G. HARSH | ) | |
| | ) | |
| Defendants. | ) | |

The records of the court show that on February 2, 2010, defendant Jain Enterprises, Inc., was notified of its failure to comply with Fed. R. Civ. P. 7.1, which requires non-governmental corporate parties to file Corporate Disclosure Statements. The Corporate Disclosure statement which was filed is deficient due to the lack of a Certificate of Service as required by Neb.Civ.R. 5.4(c). **See** Text Entry Filing No. 23. As of the close of business on April 6, 2010, the defendant has not complied with the request set forth in the letter from the Office of the Clerk or the separate notice.

**IT IS ORDERED** that, on or before **April 16, 2010,** the defendant shall comply with Fed. R. Civ. P. 7.1 or show cause by written affidavit why it cannot comply with the rules of the court.

DATED this 7th day of April, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge