IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EDDIE A. SWEET, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV398 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JAIN ENTERPRISES, INC., | ) | |
| MICHAEL G. HARSH, and | ) | |
| PAUL R. JAIN, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendants' motion to reschedule the trial of this matter (Filing No. 67). The court held a telephone conference on the motion on September 22, 2010. Robert Pahlke represented the plaintiff and Douglas Krenzer represented the defendants. The motion to reschedule trial (Filing No. 67) is granted and trial of this matter is rescheduled for **March 21, 2011**. The final pretrial conference is rescheduled for **March 4, 2011, at 10:00 a.m.** before the undersigned magistrate judge.

**IT IS SO ORDERED.**

DATED this 22nd day of September, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge