IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDDIE A. SWEET,<br><br>               Plaintiff,<br><br>vs.<br><br>JAIN ENTERPRISES, INC., a Wisconsin Corporation, PAUL R. JAIN, an individual, and MICHAEL G. HARSH,<br><br>               Defendants. | Case No. 8:09-cv-398<br><br><br>**ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

**THIS MATTER** coming before the Court on the Stipulation of the Plaintiff and Defendants for dismissal of said Complaint, and the Court being duly apprised in the premises finds that the said Stipulation to Dismiss is well taken and should be granted.

**IT IS HEREBY ORDERED** that the Plaintiff's Complaint against Jain Enterprises, Inc., Paul R. Jain and Michael G. Harsh be dismissed with prejudice, each party to pay their own costs.

**DATED** this 19th day of October, 2010.

                              **BY THE COURT:**


                              *s/ Joseph F. Bataillon*
                              Chief District Judge